Resolution of Board of Directors
of
Voipcards LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Amyn Meghani, C.E.O. of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Amyn Meghani, C.E.O. of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Amyn Meghani, C.E.O. of this corporation is authorized and directed to employ Paul Reece Marr GA Bar # 471230, attorney and the law firm of Paul Reece Marr, P.C. to represent the corporation in such bankruptcy case.


Date: July 3, 2012          Signed: /s/ Amyn Meghani
                                    Amyn Meghani
                                    Member, Board of Directors


Date: July 3, 2012          Signed: /s/ Sameera Kherani
                                    Sameera Kherani
                                    Member, Board of Directors